# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ARQUINCY LEE CARR,

               Plaintiff,

v.

BIJI JOSEPH,

               Defendant.

Case No. 24-CV-255-JPS

**ORDER**

Plaintiff ArQuincy Lee Carr, an inmate confined at Green Bay Correctional Institution, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On June 20, 2024, pursuant to 28 U.S.C. § 1915A, the Court screened his complaint and allowed Plaintiff to proceed on a Fourteenth Amendment inadequate medical care claim. ECF No. 12. On December 22, 2025, the parties indicated that they had reached a settlement prior to a scheduled evidentiary hearing. ECF No. 94. Thereafter, a flurry of Plaintiff's motions and filings ensued due to Plaintiff's belief that Defendant had failed to uphold his obligations under the settlement. *See* ECF Nos. 95-110. Plaintiff took issue that Defendant had failed to pay the filing fee in this case. ECF No. 110. Court records show that the filing fee was paid in full on May 4, 2026. ECF No. 115. Finally, after significant delay, the parties both appear to agree that a meeting of the minds has occurred and that this case should be dismissed. *See* ECF Nos. 111, 116

Federal Rule of Civil Procedure Rule 41 provides, in relevant part, that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers

proper." Fed. R. Civ. P. 41(a)(2). Here, it finally appears that all parties agree that this case should be dismissed. As such, the Court deems dismissal to be proper and will dismiss the claim against Defendant Joseph and this case with prejudice. *See* ECF No. 111 (requesting dismissal with prejudice). The Court will accordingly deny all pending motions related to the settlement, ECF Nos. 97, 104, 107, 109, 110, as moot.

Finally, the Court will deny Plaintiff's motion to refund overpayment of the filing fee in this case. ECF No. 117. Plaintiff believes he is owed a refund of the filing fee in this case. However, Plaintiff currently owes filing fee payments in numerous cases dating as far back as 2010. *See e.g.,* 10-CV-997-AEG. Plaintiff may contact the Clerk of Court for detailed information regarding his outstanding payments.

Accordingly,

**IT IS ORDERED** that Plaintiff's Fourteenth Amendment inadequate medical care claim against Defendant Joseph be and the same is hereby **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2);

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED with prejudice**;

**IT IS FURTHER ORDERED** that all pending motions related to the settlement, ECF Nos. 97, 104, 107, 109, 110, be and the same are hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion to refund overpayment, ECF No. 117, be and the same is hereby **DENIED**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2026.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge